**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**SARAH FELLS**                                                                                    **PLAINTIFF**

v.                                         No. 4:09CV00907 SWW

**STEWART TITLE GUARANTY COMPANY**                                   **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendant Stewart Title Guaranty Company's Motion for Summary Judgment (#7) is GRANTED as to all of Plaintiff Sarah Fells's claims; and Plaintiff's Motion to Disqualify Counsel (#11) is DENIED as moot.

DATED this 27th day of May, 2010.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE