# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SARAH FELLS**                                                                                                  **PLAINTIFF**

**v.**                                               **No. 4:09CV00907 SWW**

**STEWART TITLE GUARANTY COMPANY**                                      **DEFENDANT**

## JUDGMENT

In accordance with the Order filed this date, Judgment is hereby granted to Defendant Stewart Title Guaranty Company.

IT IS SO ORDERED, this 27th day of May, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE